# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DIANSKY ROUZARD,

      Plaintiff,

v.                                          Case No:   6:24-cv-2270-JSS-LHP

LINKEDIN CORPORATION,

      Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: MOTION FOR ENTRY OF DEFAULT (Doc. No. 9)**
>
> **FILED:** December 16, 2024
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff's request for Clerk's default against Defendant appears to be premature, as the issue regarding Plaintiff's request to proceed *in forma pauperis* remains outstanding, and no summons has issued in this case. *See* Doc. No. 2. Even if not premature, the motion fails to demonstrate that service on Defendant

was proper, namely that service by email or certified mail would suffice to effect service under applicable law.

**DONE** and **ORDERED** in Orlando, Florida on January 17, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties